William E. Peterson (Nevada SBN 1528)
Janine C. Prupas (Nevada SBN 9156)
SNELL & WILMER
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
wpeterson@swlaw.com
jprupas@swlaw.com

Reginald J. Hill (pro hac vice pending)
Michael G. Babbitt (pro hac vice pending)
JENNER & BLOCK LLP
353 North Clark
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
rhill@jenner.com
mbabbitt@jenner.com

Attorneys for Raritan Inc. (a New Jersey corporation), and Raritan Americas, Inc., (a New Jersey corporation)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SERVER TECHNOLOGY, INC. (a Nevada corporation),<br><br>Plaintiff,<br><br>vs.<br><br>RARITAN INC., a New Jersey corporation and RARITAN AMERICAS, INC., a New Jersey corporation<br><br>Defendants. | Case No.: 3:15-CV-00330-MMD-WGC<br><br>**UNOPPOSED MOTION TO RESCHEDULE THE DATE FOR DEFENDANTS TO ANSWER THE COMPLAINT** |

Defendants Raritan Inc. and Raritan Americas, Inc. (collectively and together, "Defendants") respectfully move this Court to extend the date for Defendants to answer the Complaint by 30 days to September 3, 2015. Defendants are authorized to represent that Plaintiff Server Technology, Inc. ("STI") agrees to this extension. A Proposed Order is attached as Exhibit A.

In support of this motion, Defendants state as follows:

1. On June 22, 2015, STI filed the Complaint in this case against Defendants. On June 29, 2015, STI filed an Amended Complaint in this case against Defendants. A summons was issued as to Raritan Inc. on June 23, 2015 and returned on July 22, 2015. A summons was issued as to Raritan Americas, Inc. on June 23, 2015 and returned on July 22, 2015. The date for Defendants to answer the Complaint is originally set for August 4, 2015.

2. The parties subsequently met and conferred regarding the case schedule. Thereafter, counsel for STI agreed to a 30-day extension of time for Defendants to answer or otherwise plead in response to the Complaint.

3. Accordingly, the parties are in agreement that Defendants should have until and including September 3, 2015 to answer or otherwise plead in response to the Complaint. September 3, 2015 is thirty (30) days from August 4, 2015, the date on which Defendants' answer was originally due in this case.

4. This is the first request for an extension of time with respect to STI's Amended Complaint.

5. A Proposed Order granting this 30-day extension is attached hereto as Exhibit A.

For those reasons, Defendants respectfully request that the Court enter the Proposed Order, rescheduling the date for Defendants to answer or otherwise plead in response to the Complaint to September 3, 2015.

*(signatures on following page)*

1 | DATED: August 4, 2015

Respectfully Submitted,

/s/ Janine C. Prupas
William E. Peterson (Nevada SBN 1528)
Janine C. Prupas (Nevada SBN 9156)
SNELL & WILMER
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Fax: (775) 785-5441
wpeterson@swlaw.com
jprupas@swlaw.com

Reginald J. Hill (pro hac vice pending)
Michael G. Babbitt (pro hac vice pending)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2738
Fax: (312) 840-7738
rhill@jenner.com
mbabbitt@jenner.com

**Attorneys for Defendants Raritan Inc. and Raritan Americas, Inc.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed on August 4, 2015 with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

/s/ Janine C. Prupas

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SERVER TECHNOLOGY, INC. (a Nevada corporation),<br><br>    Plaintiff,<br><br>    vs.<br><br>RARITAN INC., a New Jersey corporation and RARITAN AMERICAS, INC., a New Jersey corporation<br><br>    Defendants. | Case No.: 3:15-CV-00330-MMD-WGC<br><br>**UNOPPOSED MOTION TO RESCHEDULE THE DATE FOR DEFENDANTS TO ANSWER THE COMPLAINT** |

## [~~PROPOSED~~] ORDER OF THE COURT

Upon review of the Unopposed Motion to Reschedule The Date For Defendants to Answer the Complaint (the "Motion"), the Court hereby GRANTS the Motion, and orders that the date for Defendants to answer the Complaint is rescheduled to September 3, 2015.

IT IS SO ORDERED.

Dated: August 4, 2015

_____
MIRANDA M. DU
U.S. DISTRICT JUDGE